IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Buddy C. Sullins II, | ) | C/A No.: 1:13-2788-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| The Salvation Army, d/b/a The Salvation Army USA Southern Territory, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Plaintiff filed this action on October 14, 2013. [Entry #1]. Pursuant to the scheduling order entered on December 31, 2013, dispositive motions were to be filed by no later than August 12, 2014. [Entry #7]. That deadline has now expired.

Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The undersigned directs the Clerk to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 13, 2014                                Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge